**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1981**

---

JAMES CHESTER PERKINS,

Plaintiff - Appellant,

versus

DOUGLAS ORR, III; UNKNOWN DEPUTY 1; UNKNOWN
DEPUTY 2; UNKNOWN DEPUTY 3; HORRY'S WRECKER
SERVICE; TOW TRUCK DRIVER; DIRECTOR OF
DETENTION FACILITY; JAILER; JASPER COUNTY
SHERIFF; JOHN DOE 1-20,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Sol Blatt, Jr., Senior District
Judge.  (CA-04-835-9-8)

---

Submitted:  December 17, 2004        Decided:  January 13, 2005

---

Before LUTTIG and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Chester Perkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Chester Perkins appeals the district court's order substantially accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Perkins v. Orr</u>, No. CA-04-835-9-8 (D.S.C. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>